AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BODIFORD, LARRY A. | U. S. DISTRICT COURT | 04/16/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. MAGISTRATE JUDGE PARTTIME | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

620 McKenzie Avenue, 32401
P. O. BOX 2528, PANAMA CITY,
FLORIDA 32402

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Hutto and Bodiford |
| 2. | Shareholder close corporation | B H & B, Inc. |
| 3. | Shareholder close corporation | Blight Manor, Inc. |
| 4. | Personal Representative | Estate #1 |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1984 | Florida State Employees Retirement Fund; eligible to draw at age 65 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 04/16/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12-31-12 | Law Practice | $85,724.17 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/12 | Florida State Employees Retirement Fund; eligible to draw at age 65 |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BODIFORD, LARRY A.** | 04/16/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | 1st National Bank NW Fl | Partnership notes | K |
| 2. | 1st National Bank NWFL | Note | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 04/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Southern Company Stock | E | Dividend | O | T | | | | | |
| 2.  -Southern Company Stock | | | | | Buy | 01/25/12 | J | | |
| 3.  -Southern Company Stock | | | | | Buy | 02/10/12 | J | | |
| 4.  -Southern Company Stock | | | | | Buy | 03/06/12 | J | | |
| 5.  -Southern Company Stock | | | | | Buy | 03/06/12 | J | | |
| 6.  -Southern Company Stock | | | | | Buy | 03/29/12 | J | | |
| 7.  -Southern Company Stock | | | | | Buy | 04/12/12 | J | | |
| 8.  -Southern Company Stock | | | | | Buy | 05/10/12 | J | | |
| 9.  -Southern Company Stock | | | | | Buy | 06/06/12 | J | | |
| 10.  -Southern Company Stock | | | | | Buy | 06/14/12 | J | | |
| 11.  -Southern Company Stock | | | | | Buy | 07/12/12 | J | | |
| 12.  -Southern Company Stock | | | | | Buy | 08/16/12 | J | | |
| 13.  -Southern Company Stock | | | | | Buy | 09/06/12 | J | | |
| 14.  -Southern Company Stock | | | | | Buy | 09/13/12 | J | | |
| 15.  -Southern Company Stock | | | | | Buy | 10/11/12 | J | | |
| 16.  -Southern Company Stock | | | | | Buy | 11/08/12 | J | | |
| 17.  -Southern Company Stock | | | | | Buy | 12/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 04/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.    -Southern Company Stock | | | | | Buy | 12/13/12 | J | | |
| 19.    Tyndall FCU CD 32405 | A | Interest | K | T | | | | | |
| 20.    1st National Bk NW Fl $mrk | C | Interest | O | T | | | | | |
| 21.    L-19 Lucas Lake Wash. Cty, Fl | | None | K | S | | | | | |
| 22.    ▨▨▨  Wash.Cty, Fl | | None | K | S | | | | | |
| 23.    BH&B,Inc. ▨▨ | G | Dividend | M | U | | | | | |
| 24.    -BH&B | | | | | Sold (part) | 04/19/12 | L | | |
| 25.    -BH&B | | | | | Sold (part) | 05/21/12 | L | | |
| 26.    -BH&B | | | | | Sold (part) | 06/12/12 | L | | |
| 27.    -BH&B | | | | | Sold (part) | 08/24/12 | L | | |
| 28.    -BH&B | | | | | Sold (part) | 10/15/12 | L | | |
| 29.    -BH&B | | | | | Sold (part) | 11/05/12 | L | | |
| 30.    -BH&B | | | | | Sold (part) | 12/11/12 | K | | |
| 31.    Raymond James IRA | A | Dividend | M | T | | | | | |
| 32.    -Heritage Cash Turst | A | Interest | J | T | | | | | |
| 33.    -Invesco Developing Markets Fund | | | | | Sold | 07/24/12 | J | | |
| 34.    -Hartford High Yield Class C | | | | | Sold | 03/14/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BODIFORD, LARRY A. | 04/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Goldman Sachs Local Emerging Markets Debt Fund Class C | | | J | T | | | | | |
| 36. -DWS Enhanced Commodity Strategy Fund Class C | | | K | T | | | | | |
| 37. -Delaware SMID Cap Growth Func Class C | | | | | Sold | 11/29/12 | J | | |
| 38. -Goldman Sachs Local Emerging Markets Debt Fund Class C | | | | | Sold | 08/20/12 | J | | |
| 39. -Loomis sayles GLBL EQ & Income Fd | | | J | T | Buy | 08/03/12 | J | | |
| 40. -DWS Enhanced Commodity Strategy Fund Class C | | | | | Sold | 08/20/12 | J | | |
| 41. -Invesco Balanced Rish Allocation Fund Class C | | | K | T | Buy | 03/18/12 | K | | |
| 42. -Templeton Global Total Return Fund | | | | | Sold | 05/25/12 | K | | |
| 43. -Mainstay Global High Income Fund Class C | | | | | Buy | 01/19/12 | J | | |
| 44. -Mainstay Global High Income Fund Class C | | | | | Sold | 12/28/12 | K | | |
| 45. -Guggenheim Discount Opportunity | | | K | T | Buy | 05/25/12 | K | | |
| 46. -Pimco Commodity Real Return Strategy Fund Class C | | | J | T | Buy | 08/20/12 | J | | |
| 47. -Invesco Global Real Estate Income Fund Class C | | | J | T | Buy | 08/20/12 | J | | |
| 48. -Pimco Commodity Real Return Strategy Fund Class C | | | J | T | Buy | 07/27/12 | J | | |
| 49. -Goldman Sachs N-11 Equity Fund Class C | | | J | T | Buy | 07/27/12 | J | | |
| 50. -Pimco Small Cap Stocks Plus TR Fund Class C | | | J | T | Buy | 11/29/12 | J | | |
| 51. -Loomis Sayles GLBL EQ INcome Fund Class C | | | J | T | Buy | 11/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 04/16/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Oppenheimer Steelpath MLP Income Fund Class C | | | J | T | Buy | 12/28/12 | J | | |
| 53. -Columbia Thermostat Fund Class C | | | J | T | Buy | 12/28/12 | J | | |
| 54. 1st NBNW FL C.D. | C | Interest | P1 | T | | | | | |
| 55. MetLife | A | Dividend | J | T | | | | | |
| 56. Blight Manor, Inc___ PC Fl. | | None | M | S | | | | | |
| 57. Hutto & Bodiford Profit Sharing | D | Interest | N | T | Buy Annually | 04/15/12 | K | | |
| 58. Piedmont Natural Gas stock | D | Dividend | M | T | | | | | |
| 59. -Piedmont Natural Gas stock | | | | | Buy | 01/13/12 | J | | |
| 60. -Piedmont Natural Gas stock | | | | | Buy | 01/13/12 | J | | |
| 61. -Piedmont Natural Gas stock | | | | | Buy | 02/08/12 | J | | |
| 62. -Piedmont Natural Gas stock | | | | | Buy | 03/07/12 | J | | |
| 63. -Piedmont Natural Gas stock | | | | | Buy | 04/13/12 | J | | |
| 64. -Piedmont Natural Gas stock | | | | | Buy | 04/13/12 | J | | |
| 65. -Piedmont Natural Gas stock | | | | | Buy | 05/09/12 | J | | |
| 66. -Piedmont Natural Gas stock | | | | | Buy | 06/13/12 | J | | |
| 67. -Piedmont Natural Gas stock | | | | | Buy | 07/13/12 | J | | |
| 68. -Piedmont Natural Gas stock | | | | | Buy | 07/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 04/16/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Piedmont Natural Gas stock | | | | | Buy | 08/15/12 | J | | |
| 70. -Piedmont Natural Gas stock | | | | | Buy | 09/19/12 | J | | |
| 71. -Piedmont Natural Gas stock | | | | | Buy | 10/10/12 | J | | |
| 72. -Piedmont Natural Gas stock | | | | | Buy | 11/10/12 | J | | |
| 73. -Piedmont Natural Gas stock | | | | | Buy | 12/12/12 | J | | |
| 74. Duke Energy | D | Dividend | M | T | | | | | |
| 75. --Duke Energy | | | | | Buy | 08/09/12 | J | | |
| 76. --Duke Energy | | | | | Buy | 09/13/12 | J | | |
| 77. --Duke Energy | | | | | Buy | 09/17/12 | J | | |
| 78. --Duke Energy | | | | | Buy | 09/17/12 | J | | |
| 79. --Duke Energy | | | | | Buy | 09/20/12 | J | | |
| 80. --Duke Energy | | | | | Buy | 10/11/12 | J | | |
| 81. --Duke Energy | | | | | Buy | 11/08/12 | J | | |
| 82. --Duke Energy | | | | | Buy | 12/12/12 | J | | |
| 83. --Duke Energy | | | | | Buy | 12/20/12 | J | | |
| 84. --Duke Energy | | | | | Buy | 12/20/12 | J | | |
| 85. Raymond James IRA | D | Distribution | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BODIFORD, LARRY A. | 04/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Janus Advisor Contrarian | | | | | | | | | |
| 87. -RJ Bank Deposit program | | | | | | | | | |
| 88. -Alpine Total Dynamic | | | | | | | | | |
| 89. -Blackrock International Growth | | | | | | | | | |
| 90. Estate #1 | None | | J | T | | | | | |
| 91. -Homestead Bay County Florida | None | | M | S | | | | | |
| 92. Moonlight Bay, Bay County, Fl | None | | J | S | | | | | |
| 93. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 04/16/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III-B. Line 1.                    retired from the Bay County School Board and          is receiving retirement benifits from the State of Florida.

Part VII Line 21.  The assessed value of Lot        is $35,000.00.

Part VII Line 22.  The assessed value of                              is $15,000.00.

Part VII Column A Line 23.  The gross value of BH&B, Inc. was determined by the accountant.  Value method "G" was used.  I have a one-third interest in BH&B, Inc.  On dates listed,, B H & B sold to D.R. Horton, Inc. lots in                    Subdivision, Phase II.  D, R. Horton, Inc. is traded on the New York Stock Exchange.

Part VII Column A Line 31.  This IRA is owned

Part VII Column A Line 56.  The assessed value of Blight Manor, Inc. is $227,843.00.

Part VII Line 57.  In April, 2012 I contributed $21,942.00 to the plan.

Part VII Line 74.  Progress Energy mergered with Duke Energy 07//2012.

Part VII Column A Line 85.  This is my IRA.    The distribution in line 85 comes from monthly sales from lines 86-89 totalling $500.00 in the aggregate.  I no longer contribute annually.

Positions line 4 and Part VII Line 90.  I am the Personal Representive of  Estate #1.  I am under the supervision of the Probate Court.  Cash value is "J" or less.  The assessed value of the Homestead is $101,405.00.  Homestead property is excempt from evaluation in the probate inventory in Florida and if devised to           s as is the case at issue is not subject to sell or other disposition by the personal representive.  However the personal representive has limited power to preserve and protect the property.

Part VII Line 91  The assessed value is $222,293.00.

Part VII Line 92.  The assessed value of Moonlight Bay is $41,760.00.  I own 1/3.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **LARRY A. BODIFORD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544